WILLIAM EBLING et al., Respondents, v. FRANCIS J. NEKARDA et al., Appellants, and HOME ALLIANCE REALTY COMPANY, Respondent, Impleaded with Others.

(Submitted February 23, 1914; decided March 3, 1914.)

· Motion to argue and re-argue appeal denied.   (See 210 N. Y. 566.)

DORY OSTERHOUDT, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

Reported below, 159 App. Div. 291.
(Argued February 23, 1914; decided March 3, 1914.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1913, which reversed an order of the Ulster County Court denying a motion for an order adjudging defendant in contempt, striking out its answer and directing judgment for plaintiff in an action to recover upon a policy of life insurance.      ·

The motion was made upon the ground that the order appealed from was discretionary and not appealable to the Court of Appeals.

*John D. Eckert* for motion.

*Palmer Canfield, Jr.,* opposed.

Motion denied, with ten dollars costs.